UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCINE MAURELLO,
                Plaintiff,

-vs-                        Case No. 2:10-cv-531-FtM-36SPC

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, a foreign corporation,
                Defendant.
_____

### ERISA CASE ORDER

This case came on for a Preliminary Pretrial Conference on November 18. 2010. At the hearing, the Court discussed the expected progress of this case. The parties discussed and stipulated to the deadlines reflected below.

This action is designated a **Track One** case. Track One cases are referred to the assigned Magistrate Judge for management and the entry of a Report and Recommendation. It is

**ORDERED** that, the following deadlines shall be applicable:

| | |
|---|---|
| Submission by Defendant of the Administrative Record for review. Counsel shall indicate which pages of the record contain language which would indicate the appropriate standard of review. | **JANUARY 10, 2011**<br><br>The record may be filed with the Clerk's Office in paper format. |
| Determination by the parties of the applicable standard of review. This may be done either by stipulation if the parties are in agreement, or by notice to the Court if there is a disagreement. | **JANUARY 20, 2011**, to petition the Court by way of Motion for Discovery or Standard of Review |
| Plaintiff's Motion and Memorandum of Law, Defendant's Cross Motion and Memorandum of Law | **FEBRUARY 9, 2011** |

| | |
|---|---|
| Defendant's Responsive Memorandum of Law, Plaintiff's Responsive Memorandum of Law | **MARCH 11, 2011** |
| Mediation | **DECEMBER 20, 2010 at 1:00 P.M.** |

The case will thereafter be taken under advisement.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record