UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCINE MAURELLO,

    Plaintiff,

-vs-                              Case No. 2:10-cv-531-FtM-36SPC

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA. a foreign corporation,

    Defendant.
_____

## ORDER

This matter comes before the Court *sua sponte*. On February 9, 2011, Plaintiff filed the Administrative Record in this case. (Docs. #30, 31). Given the volume of this filing, the Court requests that a hard copy of the Record be sent to the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff is directed to submit a hard copy of the Administrative Record to the Court on or before **February 28, 2011**.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of February, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record