UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCINE MAURELLO,

          Plaintiff,

-vs-                                                Case No.  2:10-cv-531-FtM-36SPC

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA.  a foreign corporation,

          Defendant.
_____

## ORDER

      This matter comes before the Court on Notice of Withdrawal of Counsel (Doc. #42) filed on April 25, 2011.  Counsel for the Defendant incorrectly filed the pleading as a "Notice," rather than a "Motion."  Pursuant to Local Rule 2.03(b), no attorney shall abandon a case in which an appearance was made except by written leave of Court obtain after 10 days' notice to the party or client affected thereby, and to opposing counsel.  Therefore, the Court construes the instant pleading as a motion for withdrawal of counsel for Defendant, Michelle M. Henkel.

      Counsel for Defendant informs the Court that attorney Michelle M. Henkel withdraws as co-counsel for Defendant Prudential.  Prudential has consented to the withdrawal and the 10-day time period for Plaintiff's counsel to object has passed.  Attorney R. James Pelstring shall continue as counsel of record for Defendant.

      Accordingly, it is now

      **ORDERED:**

Notice of Withdrawal of Counsel (Doc. #42) is **GRANTED**. Attorney Michelle M. Henkel shall be relieved of any further responsibility in this matter. The Clerk of Court is directed to remove Attorney Michelle M. Henkel, Alton & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia, 30309, as counsel of record in this matter for Defendant and is directed to remove her from the docket sheet and any further notices of filing in the CM/ECF system.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record